

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN H. PILGRIM II, on behalf of himself and several classes, | ) ) ) | |
| Plaintiff, | ) ) | 13-CV-01067 |
| vs. | ) ) ) | Judge Robert W. Gettleman<br>Mag. Judge Maria Valdez |
| LIGHTHOUSE RECOVERY ASSOICATES, LLC, and DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on default prove-up hearing on damages and attorney's fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Lighthouse Recovery Assoicates, LLC, and in Plaintiff Steven H. Pilgrims II's favor in the amount of $12,000 for Plaintiff in statutory damages, plus $3,165 in attorney's fees and $429.58 in costs of suit.

Defendant Lighthouse Recovery Associates, LLC, is enjoined from placing further automated calls in state of Illinois to the cell phone of Plaintiff Steven H. Pilgrim II.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: 5/2/13

_____
Judge